38 F.3d 1224
 309 U.S.App.D.C. 36
 RAILWAY LABOR EXECUTIVES' ASSOCIATION, et al., Appellants,
v.
NATIONAL MEDIATION BOARD, Appellee.
 Nos. 91-5223, 91-5310.
 United States Court of Appeals,
District of Columbia Circuit.
 July 20, 1994.
 
 Before: MIKVA, Chief Judge, WALD, EDWARDS, SILBERMAN, WILLIAMS, GINSBURG, SENTELLE, HENDERSON and RANDOLPH, Circuit Judges.
 ORDER
 PER CURIAM.
 
 
 1
 It is ORDERED by the Court that the opinion of July 19, 1994 in the above entitled case is amended as follows:
 
 
 2
 On page 658, "Dissenting opinion filed by Circuit Judge Williams" should be amended to read:
 
 
 3
 Dissenting opinion filed by Circuit Judge Williams, with whom Circuit Judges Silberman, Ginsburg and Henderson join.
 
 
 4
 On page 673 of Judge Williams' dissent, the first line should be amended to read:
 
 
 5
 Williams, Circuit Judge, dissenting, in which Silberman, Ginsburg and Henderson, Circuit Judges join: